**XIAOYI XIE, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–73819.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006 *.

Filed Dec. 15, 2006.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Keung Wong, Esq., Monterey Park, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Andrew C. MacLachlan, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, Jean Mohbacher, Los Angeles, CA, for Respondent.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Xiaoyi Xie, native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") affirmance of an Immigration Judge's denial of her application for withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Chebchoub v. INS,* 257 F.3d 1038, 1042 (9th Cir.2001), and deny the petition for review.

---

Substantial evidence supports the BIA's adverse credibility finding because it is based a finding that petitioner's testimony lacked detail in material aspects of her claim, a finding that there were inconsistencies within petitioner's testimony, a demeanor finding supported by the record, and a finding that petitioner failed to produce easily available corroborating evidence. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003). We therefore deny petitioner's withholding of removal claim.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.